UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No. '07 MJ 2539 |
| Plaintiff, | |
| v. | COMPLAINT FOR VIOLATION OF: |
| Rafael MUNIZ-Gonzalez, | Title 8 U.S.C., Sec. 1324 (a)(1)(A)(ii) Transportation of Illegal Aliens |
| Defendant | |

The undersigned complainant, being duly sworn, states:

On or about **October 26, 2007**, within the Southern District of California, defendant, **Rafael MUNIZ-Gonzalez**, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, **Edgar Antonio ARIAS-Hernandez, Julio RENTERIA-Luviano,** and **Juan Carlos PACHECO-Hernandez** had come to, entered and remained in the United States in violation of law, did transport and move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 29th DAY OF October 2007.

Louisa S. Porter
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Rafael MUNIZ-Gonzalez

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

Furthermore, the complainant states that **Edgar Antonio ARIAS-Hernandez, Julio RENTERIA-Luviano, and Juan Carlos PACHECO-Hernandez** are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On October 26, 2007, Supervisory Border Patrol Agent (SBPA) M. Treadway was assigned as one of two shift supervisors at the Boulevard, California Border Patrol Station. SBPA Treadway was in full Border Patrol uniform and was operating a marked, fully functional Border Patrol emergency vehicle. At approximately 10:51 a.m., San Diego Sector Radio relayed the following information as reported by a private citizen.

The caller stated he observed a red, full size truck load three or four possible illegal aliens along Interstate 8 (I-8) eastbound near the Jacumba, California exit. The interstate near Jacumba, California is a common area for smuggling activity. Jacumba is approximately 25 miles east of the Tecate, California Port of Entry, and is just north of the United States/ Mexico International Border. The Jacumba exit on I-8 is approximately one mile north of the United States/ Mexico Border. The caller stated the truck continued east on I-8 after loading the individuals into the truck.

SBPA Treadway responded to the call from Jacumba and entered onto eastbound I-8 at the In-Ko-Pah interchange. After traveling east for approximately 15 miles, SBPA Treadway encountered a red Chevrolet pick-up truck bearing Wisconsin license plates. SBPA Treadway pulled in behind the truck in his marked Agency Ford F-250 truck. The driver moved from the right traffic lane and into the left. SBPA Treadway drove along side the truck and had a clear view of the driver. The driver was of medium build and wearing a brown and white horizontally striped shirt. The driver had short dark and partially graying hair and a mustache. SBPA Treadway's Agency truck has a higher ride height than that of the Chevrolet truck. Thus SBPA Treadway could not only see inside the Chevrolet, but could look down and see the floor. SBPA Treadway looked into the extra cab section and could see a person lying on the floor between the front seats and the bench seat in the rear. The individual was crammed into this tight space and SBPA Treadway could see at least one individual lying on top of him. Alien smugglers often have illegal aliens lay down on the floor of the vehicle as to avoid being seen by law enforcement.

The driver made eye contact with SBPA Treadway, the driver immediately slowed down, turned unsafely into the dirt center median, and re-entered onto the westbound lanes of I-8 approximately four miles east of Ocotillo, California. A Customs and Border Protection (CBP) helicopter was in the area monitoring the radio transmissions and responded. An unmarked Agency vehicle with Acting Field Operations Supervisor (AFOS) C. Allen operating in plain clothes was also in the immediate area and responded. (AFOS) Allen was also able to identify the driver of the Chevrolet truck as it passed. AFOS Allen described the driver as medium build with partially graying dark hair. AFOS Allen described the driver as wearing a white and brown stripped shirt. The CBP aircraft and AFOS Allen maintained constant visual on the Chevrolet truck while an agent in a marked vehicle responded to initiate a vehicle stop.

Near the Intersection of I-8 and the In-Ko-Pah Road Exit, Acting Field Operations Supervisor (AFOS) M. Espino attempted a vehicle stop. AFOS Espino activated his emergency lights and sirens in his fully marked Agency Tahoe. The driver failed to yield to AFOS Espino's lights and siren. The driver of the Chevrolet continued west at speeds above the posted 70 miles per hour limit and swerved dangerously back and forth through other traffic. AFOS Espino terminated the pursuit with the safety of other motorists in mind. The CBP aircraft continued to follow the vehicle safely from the air.

The Chevrolet truck continued west for several more miles until turning into the dirt median near Call Box 703 on I-8 westbound, leaving half of the load vehicle on the dirt median and the other half still in the traffic lanes of I-8. Surveillance was maintained continuously by Border Patrol Agent J. Remenar, operating in a plain clothes status in an unmarked Agency vehicle, and the CBP pilot. Agent Remenar observed the driver previously described exit the driver's door and run south. The three passengers also abandoned the truck in the median and attempted to abscond by running south up a steep rocky ridge line following the driver. Agent Remenar chased the driver on foot, never loosing sight of him. Agent Remenar was able to safely apprehend the driver after a brief foot case. The passengers were apprehended a few minutes later.

The driver, later identified as the defendant **Rafael MUNIZ-Gonzalez**, and three passengers were questioned concerning their citizenship. The defendant freely admitted he was a citizen of Mexico and did not posses any immigration documents that would allow him to enter into, be in, or remain in the United States legally. The passengers were questioned separately and were also found to be citizens of Mexico illegally present in the United States. The defendant, passengers, and load vehicle were transported to the Boulevard Border Patrol Station for initial processing and interviews.

## DEFENDANT STATEMENT:

The defendant was advised of his Miranda rights in the Spanish language. The defendant stated that he understood his rights and was willing to answer questions without a lawyer. The defendant stated that he was born in Mexico where he currently resides. He stated he does not have nor has he ever had any immigration documents that would allow him to enter, be or remain in the United States legally.

The defendant stated he crossed illegally into the United States on October 23, 2007 at or near Jacumba, California. He stated he made arrangements with a man in Mexicali, Baja California, Mexico. The defendant stated the man offered him a deal, if he were to drive the load vehicle he would only pay $1000.00 USD. The defendant stated he took the offer because it would have saved him $800.00 to $1200.00 USD.

The defendant stated he failed to yield when a marked service vehicle attempted to pull over the truck he was driving because he was scared. He stated he was driving approximately 80 miles per hour at the time of the pursuit. Further, he stated that he acknowledges the fact he put the lives of the passengers and innocent bystanders at risk by his actions.

**CONTINUATION OF COMPLAINT:**
Rafael MUNIZ-Gonzalez

## MATERIAL WITNESSES STATEMENTS:

The statements of material witnesses **Edgar Antonio ARIAS-Hernandez, Julio RENTERIA-Luviano,** and **Juan Carlos PACHECO-Hernandez** agree in summary that they are citizens and nationals of Mexico illegally present in the United States. They stated that they did not have any immigration documents allowing them to be in the United States legally. They stated that arrangements had been made in Mexico to be smuggled into the United States for a smuggling fee between $1,800.00 and $2,000.00 (USD). The material witnesses stated that they illegally crossed the United States/Mexico border. All material witnesses were shown a line up consisting of six black and white photographs. Two of the material witnesses were able to positively identify the defendant Rafael MUNIZ-Gonzalez as the load driver in this event.

Executed on October 27, 2007, at 9:30 AM

_____
Ismael A. Canto
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of three pages, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on October 26, 2007, in violation of Title 8, United States Code, Section 1324.

Louisa S. Porter
United States Magistrate Judge

10/27/07  11:30 AM
Date/Time