**CANDIS MITCHELL**
California State Bar No. 242797
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Candis_Mitchell@fd.org

Attorneys for Mr. Muniz-Gonzalez

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LOUISA S. PORTER)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07MJ2539-POR |
| Plaintiff, ) | |
| v. ) | **NOTICE OF APPEARANCE** |
| RAFAEL MUNIZ-GONZALEZ, ) | |
| Defendant. ) | |

    Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Candis L. Mitchell, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

                                                        Respectfully submitted,

Dated: October 31, 2007                        /s/ *Candis Mitchell*
                                                        **CANDIS L. MITCHELL**
                                                        Federal Defenders of San Diego, Inc.
                                                        Attorneys for Mr. Muniz-Gonzalez
                                                        Candis_Mitchell@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated:  October 31, 2007                          /s/  *Candis Mitchell*
                                                                 **CANDIS L. MITCHELL**
                                                                 Federal Defenders of San Diego, Inc.
                                                                 225 Broadway, Suite 900
                                                                 San Diego, CA  92101-5030
                                                                 (619) 234-8467  (tel)
                                                                 (619) 687-2666  (fax)
                                                                 Candis_Mithcell@fd.org